6UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE, NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO. 3:03CR00036-1 |
| V. | ) | |
| | ) | ORDER |
| WILLIAM J. JACOBS (1) | ) | |

For the reasons stated in defendant's 28 July 2006 Motion, and for good cause shown, it is hereby ordered, adjudged, and decreed, that the Clerk of this court may unseal and provide a copy of the Pre-Sentencing Report prepared in this case to defendant's appellate counsel. Said copy to be kept under seal and filed under seal when defendant's appeal is filed with the United States Court of Appeals for the Fourth Circuit

The Clerk is directed to certify copies of this order to Defendant, counsel for the Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: September 5, 2006

Frank D. Whitney
United States District Judge