# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| WILLIAM JUNIOR JACOBS | ) Case No: 3:03CR00036-001 |
| | ) USM No: 11427-058 |
| Date of Previous Judgment: 10/27/2004 | ) Tanzania Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ Prisons the Director of the Bureau of ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  180 (Ct. 1 only)  months **is reduced to**  146  (Ct. 1 only) .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 420* to life months | Amended Guideline Range: | 352* to 425* months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):   *The guideline range includes the 60 month consecutive sentence for a conviction of 18 U.S.C. § 924(c).

### III. ADDITIONAL COMMENTS

**The defendant is serving a concurrent sentence of 180 months on Count Twelve for violations of 18 U.S.C. §§ 922(g) and 924(e) as well as a 60 month consecutive sentence in Count Eleven for a violation of 18 U.S.C. § 924 (c). His total term of imprisonment of 240 months, therefore, will ultimately remain unchanged by Amendment 706.

Except as provided above, all provisions of the judgment dated  10/27/2004  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  July 27, 2009

Effective Date: _____
(if different from order date)

Frank D. Whitney
**United States District Judge**